# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTOPHER D. LAWSON**                                                                                  **PLAINTIFF**
**ADC #107360**

v.                              **No: 4:22-cv-00632-BRW**

**LINDA LOUIS,** *et al.*                                                                                        **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 8th day of August, 2022.

                                                    BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE